UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND; ET AL <br><br> PLAINTIFF(S) <br><br> vs. <br><br> JDR SEWER AND WATER CONSTRUCTION, LLC; ET AL <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 C 2516** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 11, 2008**, at **11:30 AM**, I served the above described documents upon **ANNITA L. CAPUTO** as shown b

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode a person of suitable age and discretion then residing therein: **JOE CAPUTO / SPOUSE**.

Said service was effected at **134 E. BROOKFIELD AVE, MT. PROSPECT, IL 60056**.

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **48**   Hgt: **5'10"**   Wgt: **178**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_

Ryan Flaska, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 12th day of May, 2008

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC