UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND; ET AL <br><br> PLAINTIFF(S) <br><br> VS. <br><br> JDR SEWER AND WATER CONSTRUCTION, LLC; ET AL <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 C 2516** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 10, 2008**, at **4:11 PM**, I served the above described documents upon **JDR SEWER AND WATER CONSTRUCTION, LLC** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **DOMINIC M. GIAN JR. / PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **725 WASHINGTON CT., ROSELLE, IL 60172.**

**DESCRIPTION:**  Gender: **M**   Race: **WHITE**   Age: **40**   Hgt: **5'7"**   Wgt: **150**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Michael C Unthank, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 12th day of May, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:                              ORIGINAL PROOF OF SERVICE                          TRACKING #
Laborers Pension and Welfare Funds*                                                            38474
FILE #: