UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LABORERS' PENSION FUND; ET AL

PLAINTIFF(S)

vs.

JDR SEWER AND WATER CONSTRUCTION, LLC; ET AL

DEFENDANT(S)

COURT DATE:

Case No.
08 C 2516

SERVICE DOCUMENTS:
SUMMONS & COMPLAINT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 10, 2008**, at **4:11 PM**, I served the above described documents upon **DOMINIC M. GIANNINI, JR.** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **DOMINIC M. GIANNINI, JR.**.

Said service was effected at **725 WASHINGTON CT., ROSELLE, IL 60172**.

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **40**   Hgt: **5'7"**   Wgt: **150**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Michael C Unthank, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 12th day of May, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38473