IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>                            Plaintiffs,<br>    v.<br><br>JDR SEWER AND WATER CONSTRUCTION, LLC, an involuntarily dissolved Illinois limited liability company - member managed, and DOMINIC M. GIANNINI, JR., individually, and ANNITA L. CAPUTO, individually,<br>                            Defendants. | Case No.  08 C 2516<br><br>Judge GOTTSCHALL |

## NOTICE OF MOTION

To: Dominic M. Giannini, Jr.           Annita L. Caputo
    725 Washington Court                134 E. Brookfield Avenue
    Roselle, IL  60172                  Mount Prospect, IL  60056

    JDR Sewer and Water Construction, LLC
    c/o Dominic M. Giannini, Jr., Managing Member
    725 Washington Court
    Roselle, IL  60172

PLEASE TAKE NOTICE that at *9:30 a.m. on Thursday, July 10, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Joan B. Gottschall, Room 2325, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Entry of Default Judgment in Sum Certain*, a copy of which is herewith served upon you.

June 30, 2008                                      Laborers Pension Fund, et al.

                                                   By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 30th day of June he served this notice to the above addressee(s) via U.S. Mail.

/s/ Jerrod Olszewski