**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Laborers' Pension Fund and Laborers' Welfare Fund    Case Number:    1:08-cv-02516
of The Health and Welfare Dept. of the Construction and General Laborers' District
Council of Chicago and Vicinity, et al.,

                                            Plaintiff,

v.

JDR Sewer and Water Construction, LLC, et al.,

                                            Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, JDR Sewer and Water Construction, LLC, et al.

| |
|---|
| NAME (Type or print)<br>Davi L. Hirsch |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/Davi L. Hirsch |
| FIRM   Klein Dub & Holleb, Ltd. |
| STREET ADDRESS   660 LaSalle Place, Ste. 100 |
| CITY/STATE/ZIP   Highland Park, IL  60035 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6182757 | TELEPHONE NUMBER   847-681-9100 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")    N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br> RETAINED COUNSEL                          APPOINTED COUNSEL |