**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Laborers' Pension Fund and Laborers' Welfare Fund Of
The Health and Welfare Department of the Construction
and General Laborers' District Council of Chicago and
Vicinity, et al.

                                                          Plaintiff,

v.                                                         Case No.:
                                                          1:08−cv−02516
                                                          Honorable Joan
                                                          B. Gottschall

JDR Sewer and Water Construction, LLC, et al.

                                                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, July 10, 2008:


    MINUTE entry before the Honorable Joan B. Gottschall:Motion hearing held on
7/10/2008 regarding motion for default judgment, [14]. ( Motion Hearing re: motion for
default judgment, [14] is entered and continued to 8/7/2008 at 09:30 AM.) Mailed
notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.