**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

| | |
|---|---|
| Laborers' Pension Fund and Laborers' Welfare Fund Of The Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, et al. | |
| | Plaintiff, |
| v. | Case No.: 1:08−cv−02516 |
| | Honorable Joan B. Gottschall |
| JDR Sewer and Water Construction, LLC, et al. | |
| | Defendant. |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

MINUTE entry before the Honorable Joan B. Gottschall: Motion hearing held on 8/7/2008 regarding motion for default judgment, [14]. ( Motion Hearing held and continued to 9/10/2008 at 09:30 AM.) Defendant to pay full amount as indicated in open court. Failure to pay the full amount will result in judgment being entered on 9/10/2008. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.